

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00091-CR

Michael **HALL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 562194
The Honorable Melissa Vara, Judge Presiding

# O R D E R

After neither an appellant's brief nor a motion for extension was timely filed in this appeal, we issued an order abating this case to the trial court pursuant to Texas Rule of Appellate Procedure 38.8(b)(2). In response to our order, the trial court filed findings of fact. The trial court found that appellant wishes to pursue this appeal and that appellant's court-appointed appellate counsel filed an appellant's brief in this court on August 7, 2019. We, therefore, ORDER this case reinstated on the docket of this court.

Appellant's court-appointed appellate counsel has filed a motion for extension of time to file an appellant's brief. Additionally, counsel has filed a brief and a motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, has informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to obtain a copy of the record, he must file in this court a pro se motion requesting the record on or before **August 23, 2019**. Furthermore, if appellant desires to file a *pro se* brief, he must do so on or before **September 27, 2019**. *See Bruns*, 924 S.W.2d at 177 n.1.

If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief no later than thirty days after the pro se brief is due.

Counsel's motion for extension of time to file an appellant's brief is GRANTED. However, we ORDER counsel's motion to withdraw HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court